Argued February 28, affirmed March 20, 1978

HUBER, *Petitioner,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. 76-22, CA 9468)

575 P2d 1028

Keith E. Tichenor, Portland, argued the cause for petitioner. On the brief were Mark Braverman, and Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland.

Steven C. Yates, Associate Counsel, State Accident Insurance Fund, Portland, argued the cause for respondent. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

Affirmed. *Williams v. SAIF,* 22 Or App 350, 539 P2d 162 (1975).